**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Porter D. Land, | |
|       Petitioner, | No. CV-06-1695-PHX-PGR (BPV) |
| vs. | |
| Dora Schriro, et al., | <u>ORDER</u> |
|       Respondents. | |

Having reviewed *de novo* the Report and Recommendation of Magistrate Judge Velasco notwithstanding that no party has filed any objection to the Report and Recommendation, the Court finds that the Magistrate Judge correctly concluded that the petitioner's habeas petition filed pursuant to 28 U.S.C. § 2254 should be denied on its merits because the petitioner's sole claim, which is that the state court's finding that his sentence should be enhanced by prior convictions should have been made by the jury and not the trial judge, is foreclosed by <u>Almendarez-Torres v. United States</u>, 523 U.S. 224 (1998). Therefore,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #14) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that the petitioner's Petition for Writ of Habeas

Corpus by a Person in State in State Custody Pursuant to 28 U.S.C. § 2254 is denied and that this action is dismissed.  The Clerk of the Court shall enter judgment accordingly.

DATED this 28th day of May, 2008.

_____
Paul G. Rosenblatt
United States District Judge